# CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I, __Marsha Caposell_____, hereby consent and agree and opt-in to become a plaintiff class member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, CoreCivics of Tennessee, LLC, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2. I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by the Court or an arbitrator as fair, adequate, and reasonable.

DATE: 2/24/2020     SIGNATURE: *M Caposell* (DocuSigned by: 9FF142443B3F498...)

Marsha Caposell
_____
PRINTED NAME