PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNE BALLARD, *et al.,* | ) | |
| | ) | CASE NO. 4:20CV432 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC OF TENNESSEE, LLC, | ) | |
| | ) | **ORDER** [Resolving ECF Nos. 18, 19] |
| Defendant. | ) | |

Pending before the Court are Attorneys Robert W. Pritchard and Christian A. Angotti's Motions for Admission *Pro Hac Vice*.  ECF Nos. 18, 19.  The motions are accompanied by affidavits attesting to good standing and by the $120.00 fee per attorney (Receipt Numbers AOHNDC-9915760 and AOHNDC-9915948) as required by L.R. 83.5(h).

Accordingly, the present motions are granted and the attorneys shall be entered on the docket as representing Defendant CoreCivic of Tennessee, LLC.

The attorneys are reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* L.R. 5.1(c).

IT IS SO ORDERED.


April 16, 2020 | /s/ Benita Y. Pearson
Date | Benita Y. Pearson
United States District Judge