**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

JEANNE BALLARD and MARSHA
CAPOSELL, on behalf of themselves and
others similarly situated,

Plaintiffs,

v.

CORECIVIC OF TENNESSEE, LLC,

Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 4:20-cv-00432-BYP

JUDGE BENITA Y. PEARSON

### DEFENDANT'S MOTION TO TRANSFER

Defendant CoreCivic of Tennessee, LLC ("CoreCivic") respectfully moves this Court, pursuant to 28 U.S.C. § 1404(a), to transfer this case to the United States District Court for the Middle District of Tennessee.

In support of this Motion, CoreCivic has filed a Brief and Declaration.  For the reasons set forth in CoreCivic's Brief and Declaration, which are incorporated by reference as if set forth in full herein, the doctrine of forum non conveniens favors a transfer of this case to the United States District Court for the Middle District of Tennessee.

WHEREFORE, CoreCivic respectfully requests that the Court grant its Motion to Transfer and transfer this case to the United States District Court for the Middle District of Tennessee.

Respectfully submitted,


_s/Inna Shelley_
Shannon K. Patton (0069407)
Inna Shelley (0085719)
**LITTLER MENDELSON, P.C.**
1100 Superior Avenue East, 20th Floor
Cleveland, OH 44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
spatton@littler.com
ishelley@littler.com

Robert W. Pritchard, Admitted _Pro Hac Vice_
Christian A. Angotti, Admitted _Pro Hac Vice_
**LITTLER MENDELSON, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone: 412.201.7628/7623
Facsimile: 412.774.1957
rpritchard@littler.com
cangotti@littler.com

Counsel for Defendant
Date: April 24, 2020                    CoreCivic of Tennessee, LLC

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 24th day of April, 2020, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiffs' counsel of record as follows:

> Hans A. Nilges
> Shannon M. Draher
> Nilges Draher LLC
> 7266 Portage Street, N.W. Ste. D
> Massillon, OH 44646
> sdraher@ohlaborlaw.com
> hans@ohlaborlaw.com

By: */s/Inna Shelley*
Inna Shelley (0085719)