PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEANNE BALLARD, *et al.*,       )
                                )       CASE NO. 4:20CV432
            Plaintiffs,         )
                                )
        v.                      )       JUDGE BENITA Y. PEARSON
                                )
CORECIVIC OF TENNESSEE, LLC,    )
                                )       **ORDER** [Resolving ECF No. 26]
            Defendant.          )

Pending is the parties' Joint Motion for a Stay of Court Deadlines and Proceedings. ECF No. 26. The parties request a stay of the proceedings for 14 days. *See id.* The motion is denied as submitted.

The Court extends, however, the cutoff dates for Plaintiffs' briefing obligations in the following manner: Plaintiffs shall file their reply to Plaintiffs' Motion for Conditional Certification (ECF No. 17) and their response to Defendant's Motion to Transfer Case to United States District Court for the Middle District of Tennessee (ECF No. 24) respectively on or before May 18, 2020, unless a stipulation to transfer is filed that same day.

IT IS SO ORDERED.

 May 5, 2020                              */s/ Benita Y. Pearson*
Date                              Benita Y. Pearson
                                  United States District Judge