Approved.
/s/ *Benita Y. Pearson* on 5/18/2020
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNE BALLARD and MARSHA CAPOSELL, on behalf of themselves and others similarly situated, | : : : : | Civil Action No. 4:20-cv-00432-BYP |
| Plaintiffs, | : : | |
| v. | : : | JUDGE BENITA Y. PEARSON |
| CORECIVIC OF TENNESSEE, LLC, | : : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL

Defendant CoreCivic of Tennessee, LLC and Plaintiffs Jeanne Ballard and Marsha Caposell, through their attorneys, and pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of the above-captioned matter, without prejudice.[1]  The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/*Hans A. Nilges*<br>Hans A. Nilges (076017)<br>Shannon M. Draher (0074304)<br>Nilges Draher LLC<br>7266 Portage Street, N.W. Ste. D<br>Massillon, OH 44646<br>sdraher@ohlaborlaw.com<br>hans@ohlaborlaw.com<br><br>*Attorneys for Plaintiff* | /s/ *Christian A. Angotti*<br>Shannon K. Patton (0069407)<br>Inna Shelley (0085719)<br>**LITTLER MENDELSON, P.C.**<br>1100 Superior Avenue East, 20th Floor<br>Cleveland, OH 44114<br>Telephone: 216.696.7600<br>Facsimile: 216.696.2038<br>spatton@littler.com<br>ishelley@littler.com |

---

[1] As noted in the parties' Joint Motion [ECF 26], the parties agreed in principle to transfer the matter to the Middle District of Tennessee. The parties subsequently agreed that instead of transfer, it would be more efficient to voluntarily dismiss this action and file a new action (in which plaintiffs would be joined with other plaintiffs from Colorado and Oklahoma) in the Middle District of Tennessee. That action was filed earlier today.

|  | Robert W. Pritchard<br>(Admitted *pro hac vice*)<br>PA ID No. 76979<br>Christian A. Angotti<br>(Admitted *pro hac vice*)<br>PA ID No. 322881<br>**LITTLER MENDELSON, P.C.**<br>EQT Plaza<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA 15222-3110<br>(412) 201-7628<br>(412) 774-1957 (fax)<br>rpritchard@littler.com<br>cangotti@littler.com<br><br>*Attorneys for Defendant CoreCivic of Tennessee, LLC* |
|---|---|